**FILED**

NOV 0 2 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMILIAN EDDIE VARGAS, an individual<br><br>Plaintiff,<br><br>v.<br><br>MERCED COUNTY DISTRICT ATTORNEY'S OFFICE, DEPUTY DISTRICT ATTORNEY DAVID MARANDA 1 through 50,<br><br>Defendants. | Case No.: 1:08-CV-1707-OWW-GSA<br><br>~~NOTICE OF MOTION AND MOTION TO BE RELIEVED AS COUNSEL – CIVIL~~ ORDER FOR WITHDRAWAL OF COUNSEL<br><br>Date:       November 2, 2009<br>Time:       10:00 A.M.<br>Courtroom: 3, (7th Floor) |

After hearing and for good cause shown, the Court grants Plaintiff's motion to be relieved as Counsel.

IT IS SO ORDERED.

Dated: 11-2-09                    _____
                                  HONORABLE OLIVER W. WENGAR
                                  US DISTRICT COURT JUDGE

[PROPOSED] ORDER AFTER HEARING OF PLAINTIFF'S MOTION TO BE RELIEVED AS COUNSEL - 1