James N. Fincher  S.B.N. 196837
Merced County Counsel
James E. Stone  S.B.N. 197803
Deputy County Counsel
2222 M Street
Merced, CA  95340
Tel:    (209) 385-7564
Fax:   (209) 726-1337

Attorney for David Moranda, sued and served herein as Deputy District Attorney David Maranda

United States District Court

Eastern District of California

| | |
|---|---|
| Maximilian Eddie Vargas, | Case No.  1:08-CV-1707-OWW-GSA |
| Plaintiff, | |
| vs. | Order of Dismissal |
| Merced County District Attorney's Office, Deputy District Attorney David Maranda and Does 1 through 50, | |
| Defendants. | |

Pursuant to the stipulation by and between the plaintiff, Maximilian Eddie Vargas, in pro per, and the defendant, David Moranda, by and through his designated counsel, IT IS HEREBY ORDERED:

The above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: December 8, 2009

/s/ OLIVER W. WANGER
Oliver W. Wanger,
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com